IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE KNOWLIN,

                    Petitioner,                                          ORDER

          v.                                                             08-cv-640-bbc

RICHARD RAMISCH, Department
of Corrections Secretary; BRADLEY
HOMPE, Warden of Stanley Correctional
Institution; R. RICHARDSON, Security
Director of Stanley Correctional Institution;
JAMES TOTKA, Captain of Flambeau
Correctional Center and MARK HEISE,
Director of Offender Movement and
Classification;

                    Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Petitioner Lee Knowlin, a prisoner at the Stanley Correctional Institution in Stanley,

Wisconsin, has submitted a proposed complaint.  On November 6, 2008, I ordered that

petitioner pay an initial partial filing fee in the amount of $4.22 not later than November

25, 2008.  On November 7, 2008, petitioner filed an ex parte motion for expedited

production of documents and to shorten time for respondents to respond to his requests for

production of documents together with his requests for production of documents.  This

motion will be denied because it is premature.



After petitioner pays his initial partial payment, his complaint will be taken under advisement. As soon as the court's calendar permits, petitioner's complaint will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a respondent who is immune from such relief. Petitioner will be notified promptly when such a decision has been made. If petitioner is allowed to proceed on one or more of his claims, the complaint will be served on the respondents. Within approximately 40 days thereafter, an assistant attorney general will file an answer and enter an appearance in the case, explaining that he or she will be representing the respondents. At that point, a telephonic preliminary pretrial conference will be scheduled before United States Magistrate Judge Stephen Crocker. As petitioner will see from the last paragraph of the attached "Notice Regarding the Telephonic Preliminary Pretrial Conference," no discovery may begin until after the conference. If petitioner believes that an expedited response to his discovery is required, he may take that matter up with the magistrate judge at the time of the preliminary pretrial conference.

## ORDER

IT IS ORDERED that petitioner's motion for expedited production of documents and to shorten time for respondents to respond to his request for production of documents, dkt.

#4, is DENIED as premature.

Entered this _____ /3th _____ day of November, 2008.

BY THE COURT:


*Barbara B. Crabb*
BARBARA B. CRABB
District Judge