# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LEE KNOWLIN,

        Petitioner,

    v.

RICHARD RAMISCH, Department of Corrections Secretary; BRADLEY HOMPE, Warden of Stanley Correctional Institution; R. RICHARDSON, Security Director of Stanley Correctional Institution; JAMES TOTKA, Captain of Flambeau Correctional Center and MARK HEISE, Director of Offender Movement and Classification,

        Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-640-bbc**

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is DISMISSED WITHOUT PREJUDICE against respondents.

JOEL W. TURNER
_____
**Joel W. Turner, Acting Clerk**

/s/ S. Vogel
**by Deputy Clerk**

11/21/08
_____
**Date**